| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lodge, Edward J. | 2. Court or Organization<br><br>DISTRICT COURT, Idaho | 3. Date of Report<br><br>05/12/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Districte Judge, active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>550 West Fort Street<br>Boise, ID 83724 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Retired District Judge | State of Idaho |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1987 | Retirement - State District Judge - 75% full pay |
| 2. | |
| 3. | |

**Lodge, Edward J.**

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 05/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | State of Idaho Retired District Judge | $85,157.28 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | State Senator |
| 2. 2010 | Public Employer Retirement System of Idaho |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lodge ███ (Partnership) Dry and Pasture Malheur County | | None | N | W | | | | | |
| 2. Ldge ███ (Partnership) US Bank-Checking Account | A | Interest | J | T | | | | | |
| 3. Dry Pasture Canyon County, ID ███ | | None | N | W | | | | | |
| 4. Livestock cows bulls, heifers, calves | | None | K | W | | | | | |
| 5. Cattle Sales | | None | | | Sold | 12/03/10 | J | D | auction |
| 6. HJ Hines | C | Dividend | M | T | | | | | |
| 7. Key Bank Market Account | A | Interest | L | T | | | | | |
| 8. Windridge Farm 50% interest in land house, barn & vineyard | | None | M | W | | | | | |
| 9. Checking (sweep) Account Key Bank Caldwell, ID | A | Interest | K | T | | | | | |
| 10. Property Canyon County | | None | M | W | | | | | |
| 11. Edward J. Lodge Key Bank Private Banking (sweep) Account | B | Interest | L | T | | | | | |
| 12. Idaho Independent Bank | A | Interest | M | T | | | | | |
| 13. Washington Mutual (purchased by Chase Bank) | A | Interest | K | T | | | | | |
| 14. American Funds: Capital Income Builder Mutual Fund | A | Dividend | | | Sold | 10/26/10 | J | A | |
| 15. Franklin Templeton: Frankclin Income Mutual Fund | A | Dividend | | | Sold | 10/26/10 | J | A | |
| 16. Chevron Stock | A | Dividend | J | T | | | | | |
| 17. Sysco Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Del Monte Stock | A | Dividend | K | T | | | | | |
| 19. Supervalue Stock | A | Dividend | J | T | | | | | |
| 20. American Funds: Capital Income Builder Mutual Fund | B | Dividend | | | Sold | 08/04/10 | K | A | |
| 21. Calamos: Calamos Strategic Mutual Fund | A | Dividend | | | Sold | 01/22/10 | J | A | |
| 22. Franklin Templeton: Franklin Income Mutual Fund | B | Dividend | | | Sold | 10/26/10 | K | A | |
| 23. American Funds: Income Fund of America Mutual Fund | A | Dividend | | | Sold | 10/26/10 | J | A | |
| 24. Black Rock Blackrock Equity Dividend | A | Dividend | K | T | Buy | 06/16/10 | K | | |
| 25. American Funds Capital World Growth and Income | A | Dividend | K | T | Buy | 06/16/10 | K | | |
| 26. Oppenheimer: Oppenheimer International Bond | A | Dividend | J | T | | | | | |
| 27. Blackrock: Blackrock Global Allocation | A | Dividend | K | T | Buy | 05/12/10 | K | | |
| 28. D.A. Davidson Money Market | A | Interest | N | T | | | | | |
| 29. Oneida CO ID GO Bonds | A | Interest | K | T | | | | | |
| 30. University of Id Rev. Bonds | A | Interest | K | T | | | | | |
| 31. Blackrock Global Mutual Funds | A | Dividend | L | T | Buy | 08/04/10 | K | | |
| 32. Eaton Vance Global Macro Mutual Funds | B | Dividend | L | T | | | | | |
| 33. I-Shares Tips | A | Dividend | | | Sold | 10/26/10 | K | B | |
| 34. Twin Falls - Cassia UTGO Ref. Bonds | A | Interest | | | Matured | 08/16/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackrock: Blackrock Global Allocation | A | Dividend | K | T | | | | | |
| 36. Idaho Health Facilities St. Luke's Muni | A | Interest | K | T | Buy | 8/20/10 | K | | |
| 37. Blackrock Equity Dividend | A | Dividend | K | T | Buy | 02/08/10 | K | | |
| 38. Janus Balanced | A | Dividend | L | T | Buy | 10/26/10 | L | | |
| 39. Prudential Natural Resources | A | Dividend | K | T | Buy | 02/08/10 | K | | see additional information |
| 40. Prudential Short Term Bond | B | Dividend | L | T | Buy | 05/12/10 | L | | |
| 41. TIPS | B | Interest | | | Sold | 02/26/10 | K | | see additional information |
| 42. Blackrock Strategic Income | A | Dividend | K | T | Buy | 10/26/10 | K | | |
| 43. Janus Balanced | A | Dividend | K | T | Buy | 10/26/10 | K | | |
| 44. PIMCO Low Duration | A | Dividend | L | T | Buy | 06/16/10 | L | | see additional information |
| 45. PIMCO Total Return | B | Dividend | L | T | Buy | 06/16/10 | L | | see additional information |
| 46. Abbott | A | Dividend | J | T | Buy | 06/24/10 | J | | |
| 47. Cisco | A | Dividend | J | T | Buy | 06/24/10 | J | | |
| 48. Frontier Communications | A | Dividend | J | T | Spinoff (from line 50) | 06/24/10 | J | | |
| 49. Total Petroleum | A | Dividend | J | T | Buy | 06/24/10 | J | | |
| 50. Verizon | A | Dividend | J | T | Buy | 06/24/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Investments & Trusts:

Line 8 on the 2009 report (Key Bank - ▓▓▓▓▓▓ was added in error and has deen deleted from the current report.  All dollars correctly reported in Line 7.
Line 39 Buy 5/12/10 J (second purchase during year)
Line 41 Buy 2/8/10 (bought and sold in same year)
Line 44 Buy 8/4/10 K (second purchase during year)
Line 45 Buy 8/4/10 K (second purchase during year)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES ...... CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544